# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 28, 2018

Stephen J. Markman,
Chief Justice

156289

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

             SC:  156289
             COA:  338610
             Isabella CC:  2016-001074-FC

CHRISTOPHER MICHAEL McGEE,
    Defendant-Appellant.

_____/

   On order of the Court, the application for leave to appeal the July 13, 2017 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 28, 2018



Clerk

a0321